**No. 59356.**—Universal Importing Corp. *v.* United States, protest 250326–K (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely. (Section 514, Tariff Act of 1930.)

BEFORE THE FIRST DIVISION, OCTOBER 20, 1955

**No. 59357.**—F. W. Myers & Co., Inc. *v.* United States, protest 147755–K (Ogdensburg).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of fruit boxes similar in all material respects to those the subject of *C. J. Tower & Sons* v. *United States* (32 Cust Ct. 54, C. D. 1579), the claim for free entry under paragraph 1604 was sustained.

**No. 59358.**—Paul Adams et al. *v.* United States, protests 142268–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.

**No. 59359.**—Bertrand Freres, Inc., et al. *v.* United States, protests 246265–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.